ACCEPTED
15-25-00084-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/24/2025 2:29 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00084-CV**

IN THE FIFTEENTH DISTRICT COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/24/2025 2:29:28 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,
*Appellant,*

v.

WILBARGER CREEK CONSERVATION ALLIANCE, MARILYN
KELINSKE, ANNE BROCKENBROUGH, and JONATHAN BEALL,
*Appellees.*

On Appeal from the 126th District Court of Travis County, Texas
The Honorable Laurie Eiserloh, Presiding
Cause No. D-1-GN-23-004031

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE THEIR RESPONSE BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellees Wilbarger Creek Conservation Alliance, Marilyn Kelinske, Anne Brockenbrough, and Jonathan Beall, file this unopposed motion to extend the time to file their response under Texas Rules of Appellate Procedure 10.1, 10.5(b), and 38.6(d), and respectfully show the following:

1. Appellees make this motion. TCEQ does not oppose this motion.

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d). The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file this initial brief.

3.     Appellees' response brief is currently due on **November 3, 2025**. Appellees request that the Court extend this deadline to Monday, **February 2, 2026**.

4.     This is the Appellees' first request for extension of time.

5.     Appellees request this additional time to ensure that counsel may provide the Court with a brief that will be helpful and assist the Court's decision-making process. Appellees' counsel has several obligations that have impacted counsel's ability to prepare and file this brief, including the following. Counsel is currently preparing an appeal of the TCEQ's decision in another case: Docket No. 2025-0828-MWD, *Application by the City of Manor for a Major Amendment to Cottonwood Creek WWTF Permit No. WQ0014129002*. Counsel is also preparing for a five-day hearing set for early November in Railroad Commission of Texas Docket No. OG-25-00020610, *Complaint of Valence Operating Co. that the Commission's January 4, 2024 "No Harm" Letter Issued in Accordance with Tex. Water Code § 27.015 to Southwestern Electric Power Company for its TCEQ Permit Application to Operate a UIC Class I Injection Well for the Pirkey Power Plant, Well No. WWDW-1, Harrison County, Texas, Should be Rescinded*.

6.     This request is not sought for delay and will not prejudice any party.

THEREFORE, the Appellees respectfully request that the Court grant this joint unopposed motion and extend the deadline to file their Response Brief to **February 2, 2026**.

Respectfully submitted,

*/s/ Christopher D. Smith*
CHRISTOPHER D. SMITH
State Bar No. 24051349
(512) 659-6912
Chris.Smith@smithjolin.com

Becky L. Jolin
State Bar No. 10856200
(512) 217-7758
Becky.Jolin@smithjolin.com
SMITH JOLIN PLLC
901 S. Mopac Expressway
Building 1 Suite 300
Austin, Texas 78746

**ATTORNEYS FOR APPELLEES
WILBARGER CREEK
CONSERVATION ALLIANCE,
MARILYN KELINSKE, ANNE
BROCKENBROUGH, AND
JONATHAN BEALL**

**CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. P. 10.1(a)(5), I certify that counsel for Appellees Wilbarger Creek Conservation Alliance, Marilyn Kelinske, Anne Brockenbrough, and Jonathan Beall conferred with counsel for the Texas Commission on Environmental Quality via telephone call and all parties are unopposed to this motion.

*/s/ Christopher D. Smith*
CHRISTOPHER D. SMITH

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2025, a true and correct copy of the foregoing was served upon the following counsel electronically through an electronic filing manager or by email:

AMANDA ATKINSON CAGLE
Assistant Attorney General
State Bar No. 00783569
Amanda.Cagle@oag.texas.gov

SARA J. FERRIS
Assistant Attorney General
State Bar No. 50511915
Sara.Ferris@oag.texas.gov

*/s/ Christopher D. Smith*
CHRISTOPHER D. SMITH

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

CHRISTOPHER SMITH on behalf of Christopher Smith
Bar No. 24051349
chris.smith@smithjolin.com
Envelope ID: 107269637
Filing Code Description: Motion
Filing Description: Appellees' Motion to Extend Time for Response Brief
Status as of 10/24/2025 2:41 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Smith | 24051349 | Chris.Smith@smithjolin.com | 10/24/2025 2:29:28 PM | SENT |
| Becky Jolin | 10856200 | Becky.Jolin@smithjolin.com | 10/24/2025 2:29:28 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 10/24/2025 2:29:28 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 10/24/2025 2:29:28 PM | SENT |
| Amanda Cagle | | amanda.cagle@oag.texas.gov | 10/24/2025 2:29:28 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 10/24/2025 2:29:28 PM | SENT |